# MAYORAL EXECUTIVE ORDER SUSPENDING OPEN CARRY OF FIREARMS IN THE CITY OF JACKSON, MISSISSIPPI

**WHEREAS,** on March 16, 2020, I, Chokwe Antar Lumumba, Mayor of the City of Jackson, Mississippi, pursuant to authority vested in me by Section 45-17-3 of the Mississippi Code of 1972, as amended, and in the public interest and for the general welfare of the City of Jackson, issued a civil emergency proclamation for the City of Jackson, with said civil emergency still in effect through April 30, 2020; and

**WHEREAS,** as recently as April 3, 2020, the American Medical Association stated that "[d]uring a crisis such as the COVID-19 pandemic, it is common for everyone to experience increased levels of distress and anxiety, particularly as a result of social isolation;"[1] and

**WHEREAS,** as recently as April 13, 2020, an article in the *New England Journal of Medicine* stated that "[u]ncertain prognoses, looming severe shortages of resources for testing and treatment and for protecting responders and health care providers from infection, imposition of unfamiliar public health measures that infringe on personal freedoms, large and growing financial losses, and conflicting messages from authorities are among the major stressors that undoubtedly will contribute to widespread emotional distress and increased risk for psychiatric illness associated with Covid-19;"[2] and

**WHEREAS,** as the novel coronavirus (SARS-CoV-2) spreads illness and fear, citizens are prone to amassing guns and ammunition; and

**WHEREAS,** such acquisition of guns is usually accompanied by increased likelihood of unintentional shootings, intimate partner violence, and gun suicide; and

**WHEREAS,** since the issuance of Stay-at-Home and Shelter-in-Place Orders by the Mayor of the City of Jackson and the Governor of the State of Mississippi, respectively, there have been nearly a dozen shootings in the City of Jackson – seven being fatal, including the death of two minor children.

**NOW, THEREFORE,** I, Chokwe Antar Lumumba, Mayor of the City of Jackson, Mississippi, in the public interest and for the general welfare of the City of Jackson, do hereby suspend the following activity in the City of Jackson:  the carrying of an unconcealed loaded or unloaded pistol or revolver or any other firearm, carried upon the person in a sheath, belt holster or shoulder holster or in a purse, handbag, satchel, other similar bag or briefcase or fully enclosed case, with such pistol, revolver, or firearm being wholly or partially visible.

**IT IS ORDERED** that there shall be an immediate suspension of the following activity in the City of Jackson: the carrying of an unconcealed loaded or unloaded pistol or revolver or any

---

[1] (https://www.ama-assn.org/delivering-care/public-health/managing-mental-health-during-covid-19)
[2] Betty Pfefferbaum, M.D., J.D., and Carol S. North, M.D., M.P.E., "Mental Health and the Covid-19 Pandemic," *The New England Journal of Medicine* (April 13, 2020) https://www.nejm.org/doi/full/10.1056/NEJMp2008017.

other firearm, carried upon the person in a sheath, belt holster or shoulder holster or in a purse, handbag, satchel, other similar bag or briefcase or fully enclosed case, with such pistol, revolver, or firearm being wholly or partially visible.

**IT IS FURTHER ORDERED** that this Order shall be effective immediately and remain in full force and effect through Thursday, April 30, 2020.  A Proclamation of Executive Order rescinding the corresponding Civil Emergency will automatically rescind this Executive Order.

**WITNESS MY HAND,** on this the ___ day of _____, 2020 at _____ a.m./p.m.

_____
**CHOKWE A. LUMUMBA, MAYOR**
**CITY OF JACKSON, MISSISSIPPI**

**ATTEST:**

_____
**CITY CLERK**