AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| DANA CRISWELL <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHOKWE ANTAR LUMUMBA, in his official capacity of Mayor of Jackson, Mississippi, and CITY OF JACKSON, MISSISSIPPI <br><br> *Defendant(s)* | Civil Action No. 3:20-cv-294-DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHOKWE ANTAR LUMUMBA, in his official capacity as Mayor of Jackson, Mississippi
Office of the Mayor
Jackson City Hall
219 President Street
Jackson, MS 39205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron R. Rice
Mississippi Justice Institute
520 George Street
Jackson, MS 39202
Email: aaron.rice@msjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

Date: April 28, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| DANA CRISWELL<br><br>*Plaintiff(s)*<br><br>v.<br><br>CHOKWE ANTAR LUMUMBA, in his official capacity of Mayor of Jackson, Mississippi, and CITY OF JACKSON, MISSISSIPPI<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:20-cv-294-DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY OF JACKSON, MISSISSIPPI
c/o Municipal Clerk
219 South President Street
Jackson, MS 39205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron R. Rice
Mississippi Justice Institute
520 George Street
Jackson, MS 39202
Email: aaron.rice@msjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

Date: April 28, 2020

*Signature of Clerk or Deputy Clerk*