# UCR CRIME STATS

## JACKSON POLICE DEPARTMENT
### March 1, 2019 to March 31, 2019



Exhibit "1"

| | | March 2019 | | | | February 2019 | | | | March 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Precinct 1 | Precinct 2 | Precinct 3 | Precinct 4 | Precinct 1 | Precinct 2 | Precinct 3 | Precinct 4 | Precinct 1 | Precinct 2 | Precinct 3 | Precinct 4 |
| **ASSAULT** | | | | | | | | | | | | |
| Gun | 3 | 10 | 16 | 7 | 7 | 3 | 6 | 1 | 11 | 3 | 20 | 5 |
| Knife or Cutting Instrument | 2 | 1 | 2 | 3 | 1 | 2 | 1 | 2 | 0 | 3 | 1 | 1 |
| Other Dangerous Weapon | 1 | 2 | 1 | 2 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 |
| Strong Arm | 0 | 1 | 1 | 3 | 1 | 0 | 0 | 2 | 0 | 0 | 1 | 1 |
| Hands, Fist, Feet, Etc - Aggravated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assaults - Not Aggravated | 36 | 36 | 29 | 21 | 23 | 26 | 24 | 23 | 33 | 34 | 43 | 30 |
| **ROBBERY** | | | | | | | | | | | | |
| Firearm | 4 | 7 | 5 | 6 | 1 | 7 | 0 | 6 | 5 | 10 | 8 | 2 |
| Knife or Cutting Instrument | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Dangerous Weapon | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| Strong Arm (Hands, Fist, Feet, Etc) | 3 | 3 | 3 | 0 | 1 | 2 | 1 | 3 | 3 | 2 | 2 | 2 |
| **MOTOR VEHICLE THEFT** | | | | | | | | | | | | |
| Autos | 9 | 11 | 9 | 14 | 11 | 6 | 14 | 9 | 13 | 28 | 19 | 10 |
| Trucks | 4 | 5 | 1 | 5 | 4 | 4 | 3 | 6 | 3 | 2 | 4 | 5 |
| Buses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Motorcycles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Other Vehicles | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 2 |
| **BURGLARY** | | | | | | | | | | | | |
| Forcible Entry Residence | 23 | 6 | 17 | 15 | 27 | 19 | 30 | 25 | 18 | 21 | 12 | 15 |
| Forcible Entry Other | 3 | 10 | 5 | 3 | 5 | 14 | 8 | 9 | 4 | 29 | 4 | 12 |
| Unlawful Entry - Residential | 5 | 1 | 5 | 1 | 4 | 1 | 3 | 1 | 0 | 6 | 3 | 1 |
| Unlawful Entry - Other | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 |
| Unlawful Entry - No Force | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Attempted Forcible Entry | 1 | 3 | 3 | 2 | 0 | 1 | 1 | 3 | 0 | 0 | 0 | 1 |
| **LARCENY - THEFT (EXCEPT MOTOR VEHICLE THEFT)** | 8 | 12 | 9 | 12 | 6 | 16 | 8 | 8 | 5 | 11 | 7 | 17 |
| **CRIMINAL HOMICIDE** | | | | | | | | | | | | |
| Murder/Non Negligent Manslaughter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Manslaughter By Negligence | 0 | 1 | 1 | 0 | 2 | 0 | 4 | 2 | 0 | 0 | 4 | 0 |
| **FORCIBLE RAPE** | | | | | | | | | | | | |
| Rape By Force | 7 | 2 | 0 | 2 | 1 | 3 | 2 | 2 | 0 | 4 | 2 | 2 |
| Attempted Rape | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| **ARSON** | | | | | | | | | | | | |
| Motor Vehicle | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 1 | 0 |
| Building | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Residence | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# UCR CRIME STATS

## JACKSON POLICE DEPARTMENT
### December 1, 2019 to December 31, 2019



| | | December 2019 | | | | November 2019 | | | | December 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Precinct 1 | Precinct 2 | Precinct 3 | Precinct 4 | Precinct 1 | Precinct 2 | Precinct 3 | Precinct 4 | Precinct 1 | Precinct 2 | Precinct 3 | Precinct 4 |
| **ASSAULT** | | | | | | | | | | | | |
| Gun | 13 | 11 | 21 | 11 | 8 | 15 | 9 | 7 | 6 | 12 | 14 | 5 |
| Knife or Cutting Instrument | 1 | 4 | 0 | 1 | 2 | 1 | 2 | 0 | 1 | 4 | 3 | 2 |
| Other Dangerous Weapon | 1 | 2 | 7 | 6 | 5 | 2 | 2 | 3 | 1 | 3 | 6 | 0 |
| Strong Arm | 1 | 1 | 2 | 3 | 2 | 0 | 2 | 2 | 2 | 0 | 1 | 2 |
| Hands, Fist, Feet, Etc - Aggravated | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assaults - Not Aggravated | 25 | 22 | 23 | 18 | 26 | 36 | 27 | 20 | 20 | 24 | 30 | 29 |
| **ROBBERY** | | | | | | | | | | | | |
| Firearm | 14 | 6 | 11 | 13 | 5 | 9 | 9 | 13 | 6 | 9 | 8 | 6 |
| Knife or Cutting Instrument | 0 | 0 | 1 | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Other Dangerous Weapon | 0 | 0 | 1 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Strong Arm (Hands, Fist, Feet, Etc) | 5 | 5 | 1 | 3 | 3 | 1 | 2 | 2 | 2 | 0 | 3 | 0 |
| **MOTOR VEHICLE THEFT** | | | | | | | | | | | | |
| Autos | 20 | 17 | 21 | 18 | 16 | 17 | 19 | 18 | 13 | 16 | 14 | 13 |
| Trucks | 6 | 6 | 3 | 4 | 5 | 6 | 2 | 9 | 9 | 3 | 1 | 7 |
| Buses | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Motorcycles | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 2 | 0 |
| Other Vehicles | 1 | 0 | 0 | 6 | 3 | 0 | 2 | 1 | 3 | 0 | 1 | 0 |
| **BURGLARY** | | | | | | | | | | | | |
| Forcible Entry Residence | 39 | 15 | 15 | 44 | 45 | 12 | 16 | 14 | 65 | 14 | 24 | 32 |
| Forcible Entry Other | 10 | 23 | 7 | 8 | 12 | 14 | 16 | 7 | 13 | 23 | 10 | 5 |
| Unlawful Entry - Residential | 3 | 0 | 2 | 2 | 8 | 0 | 3 | 0 | 13 | 2 | 13 | 5 |
| Unlawful Entry - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| Unlawful Entry - No Force | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Attempted Forcible Entry | 4 | 1 | 3 | 2 | 3 | 1 | 2 | 2 | 11 | 0 | 3 | 0 |
| **LARCENY - THEFT (EXCEPT MOTOR VEHICLE THEFT)** | 11 | 9 | 5 | 27 | 13 | 9 | 6 | 28 | 9 | 13 | 4 | 25 |
| **CRIMINAL HOMICIDE** | | | | | | | | | | | | |
| Murder/Non Negligent Manslaughter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Manslaughter By Negligence | 4 | 1 | 3 | 2 | 1 | 0 | 2 | 0 | 1 | 3 | 2 | 1 |
| **FORCIBLE RAPE** | | | | | | | | | | | | |
| Rape By Force | 2 | 2 | 1 | 3 | 3 | 2 | 3 | 5 | 5 | 1 | 3 | 2 |
| Attempted Rape | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| **ARSON** | | | | | | | | | | | | |
| Motor Vehicle | 0 | 1 | 4 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 3 | 0 |
| Building | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| Residence | 0 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 2 |
| Other | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |