# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## Northern Division

| | |
|---|---|
| DANA CRISWELL, | |
| *Plaintiff*, | |
| vs. | Civil Action No.: 3:20-cv-294-DPJ-FKB |
| CHOKWE ANTAR LUMUMBA, in his official capacity of Mayor of Jackson, Mississippi, and CITY OF JACKSON, MISSISSIPPI, | |
| *Defendants*. | |

## AFFIDAVIT OF DANA CRISWELL

STATE OF MISSISSIPPI
COUNTY OF DESOTO

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforestated jurisdiction, Dana Criswell, who, being duly sworn by me, stated under oath as follows:

1. My names is Dana Criswell. I am an adult citizen of Olive Branch, Desoto County, Mississippi.

2. I am the Plaintiff in this action.

3. I am a duly elected Representative to the Mississippi House of Representatives.

4. As a member of the Legislature, I travel to Jackson, Mississippi, often.

5. For self-defense, I carry a firearm with me every time I am in public, whether I am in Desoto County, Mississippi, Hind County, Mississippi, or any other location in Mississippi.

6. At times, I carry a firearm openly in a holster.

7. Especially when I am not wearing a coat and tie, I will carry a firearm openly in a holster.

8. I own an RV that I park at the Mississippi Fairgrounds in Jackson, Mississippi, when the legislature is in session.

9. Because the legislature will be going back into session in the middle of May, I plan to drive my RV back to the Mississippi Fairgrounds on the week of April 27, 2020.

10. When I bring my RV back to the Mississippi Fairgrounds, I will not be wearing a coat and tie, and will want to openly carry a firearm in a holster for self-defense.

11. While in Jackson, Mississippi, during the week of April 27, 2020, I intend be in public in order to up supplies for my RV and perform other errands.

12. I wish to openly carry a firearm in public for self-defense in Jackson, Mississippi, before the end of April 30, 2020.

13. Based on the executive order issued by Mayor Lumumba, I fear that if I openly carry a firearm in public for self-defense while in Jackson, Mississippi before the end of April 30, 2020, I will risk arrest, punishment, or temporary seizure of my weapon.

14. I have delayed travelling to Jackson, Mississippi, because of the Order issued by Mayor Lumumba.

15. If I am unable to openly carry a firearm in public for self-defense while in Jackson, Mississippi – or any other location in which I need to openly carry a firearm – I will be concerned for my safety and the safety of anyone in my company.

*Further Affiant sayeth not.*

THIS the __29__ day of April, 2020.

_____
Dana Criswell

SWORN AND SUBCRIBED BEFORE ME, this the  29   day of April, 2020.

                                                                        *Stephanie Boland*
                                                                         NOTARY PUBLIC

