# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 3:20-cv-00294-DPJ-FKB | United States District Court for the Northern District of Mississippi | | 4507943 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| DANA CRISWELL | CHOKWE ANTAR LUMUMBA in his official capacity of Mayor of Jackson, Mississippi and CITY OF JACKSON, MISSISSIPPI |

| Received by: | For: |
|---|---|
| Moffett Process Service | Mississippi Justice Institute |

**To be served upon:**
CHOKWE ANTAR LUMUMBA or an authorized agent/representative

I, Christeen Moffett, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Christopher Rash, 219 S PRESIDENT ST, JACKSON, MS 39205
**Manner of Service:** Authorized, Apr 29, 2020, 4:06 pm CDT
**Documents:** MOTION FOR TEMPORARY RESTRAINING ORDER (Received Apr 29, 2020 at 12:00am CDT)

**Additional Comments:**
1) Successful Attempt: Apr 29, 2020, 4:06 pm CDT at 219 S PRESIDENT ST, JACKSON, MS 39205 received by Christopher Rash. Ethnicity: African American; Gender: Male; Hair: Black;
arrived at city hall's address. Walked through doors and signed log book. When in the clerk's office and served documents to Deputy City Clerk Christopher Rash

_____     4/30/2020
Christeen Moffett                       Date

Moffett Process Service
1132 RIDGEWOOD BLVD
JACKSON, MS 39211
6013310047

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

04/30/2020          08/10/2022
Date                    Commission Expires

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 90742 JASON McMILLAN Commission Expires Aug. 10, 2022 HINDS COUNTY]