**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**DANA CRISWELL**                                                           **PLAINTIFF**

**VS.**                                                     **CIVIL ACTION NO. 3:20-cv-294-DPJ-FKB**

**CHOKWE ANTAR LUMUMBA, in his
official capacity of Mayor of Jackson, Mississippi,
and CITY OF JACKSON, MISSISSIPPI**                               **DEFENDANTS**

**THE CITY COUNCIL OF JACKSON, MISSISSIPPI'S ANSWER TO PLAINTIFF'S
COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF**

COMES NOW, The City Council of Jackson, Mississippi ("the CCJ"), by and through its Independent Counsel, Deshun T. Martin, Esq., and Vaterria M. Martin, Esq., and files its *Answer to Plaintiff's Complaint for Declaratory Relief and Injunctive Relief* and in support thereof, would show unto the Court the following, to-wit:

1. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

2. Denied.

3. The CCJ is without sufficient knowledge or information concerning the allegations in Paragraph 3 of the complaint and the allegations are therefore denied.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

1

10. Admitted.

11. The CCJ is without sufficient knowledge or information concerning all the allegations in Paragraph 11 of the complaint and the allegations are therefore denied.

12. The CCJ is without sufficient knowledge or information concerning the allegations in Paragraph 12 of the complaint and the allegations are therefore denied.

13. The CCJ is without sufficient knowledge or information concerning the allegations in Paragraph 13 of the complaint and the allegations are therefore denied.

14. The CCJ is without sufficient knowledge or information concerning the allegations in Paragraph 14 of the complaint and the allegations are therefore denied.

15. The CCJ is without sufficient knowledge or information concerning the allegations in Paragraph 15 of the complaint and the allegations are therefore denied.

16. The CCJ is without sufficient knowledge or information concerning the allegations in Paragraph 16 of the complaint and the allegations are therefore denied.

17. Admitted. However, the CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

18. The CCJ is without sufficient knowledge or information concerning the allegations in Paragraph 18 of the complaint and the allegations are therefore denied.

19. Admitted. However, the CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

20. Admitted.

21. The CCJ is without sufficient knowledge or information concerning the allegations in Paragraph 21 of the complaint and the allegations are therefore denied.

22. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

23. Admitted.

24. Admitted as to the invasion of fundamental rights, the remainder of the paragraph is denied as stated.

25. Admitted.

26. Admitted.

27. Admitted.

28. Denied as stated.

29. Denied as stated.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Denied as stated.

36. Admitted.

37. Admitted.

38. The CCJ is without sufficient knowledge or information concerning the allegations in Paragraph 38 of the complaint and the allegations are therefore denied.

39. Admitted.

40. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the

Open Carry Law of the State of Mississippi.

41. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

42. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

43. The CCJ is without sufficient knowledge or information concerning the allegations in Paragraph 43 of the complaint and the allegations are therefore denied.

44. The CCJ incorporates its responses in the preceding paragraphs as if set forth in full hereinafter.

45. Admitted.

46. Admitted.

47. Admitted.

48. Admitted.

49. Admitted.

50. Admitted.

51. Admitted.

52. Admitted as to the invasion of fundamental rights, the remainder of the paragraph is denied as stated.

53. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

54. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

55. Denied a stated.

56. Denied as stated.

57. The CCJ incorporates its responses in the preceding paragraphs as if set forth in full hereinafter.

58. Admitted.

59. Denied as stated.

60. Admitted.

61. Admitted.

62. Admitted.

63. Admitted.

64. Admitted.

65. Admitted.

66. Admitted.

67. Admitted.

68. Admitted.

69. Admitted.

70. Admitted.

71. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

72. Denied as stated.

73. Denied as stated.

74. Allegations in unnumbered paragraphs beginning with "WHEREFORE" are answered as

follows:

    a. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

    b. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

    c. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

    d. Denied as stated. The CCJ disapproves of the Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi.

    e. Denied.

    f. Denied.

Respectfully submitted, this the 3rd day of May, 2020.

        **THE CITY COUNCIL OF JACKSON, MISSISSIPPI**

        /s/ Deshun T. Martin\
        DESHUN T. MARTIN, MSB #101526

        /s/ Vaterria M. Martin\
        VATERRIA M. MARTIN, MSB# 101235

OF COUNSEL:

DESHUN T. MARTIN, MSB# 101526\
VATERRIA M. MARTIN, MSB# 101235\
MARTIN AND MARTIN, P.A.\
Attorneys & Counselors\
228 East Capitol Street\
Jackson, Mississippi 39201\
Telephone: (601) 355-0955\
Facsimile: (601) 355-0957\
E-mail:  DTMartin@4MartinsAtLaw.com\
E-mail:  VMMartin@4MartinsAtLaw.com

## **CERTIFICATE OF SERVICE**

We, Deshun T. Martin and Vaterria M. Martin, do hereby certify that we have this day electronically filed the foregoing document with the Clerk of the Court utilizing the EFC system, which sent notification of such filing to the following counsel of record:

**Aaron R. Rice, Esq.**
**Aaron.rice@msjustice.org**

**D. Sterling Kidd, Esq.**
**skidd@bakerdonelson.com**

**Attorneys for Plaintiff**

This the 3rd day of May, 2020.

/s/ Deshun T. Martin_____
DESHUN T. MARTIN, MSB #101526

/s/ Vaterria M. Martin_____
VATERRIA M. MARTIN, MSB# 101235

OF COUNSEL:

DESHUN T. MARTIN, MSB# 101526
VATERRIA M. MARTIN, MSB# 101235
MARTIN AND MARTIN, P.A.
Attorneys & Counselors
228 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 355-0955
Facsimile: (601) 355-0957
E-mail:   DTMartin@4MartinsAtLaw.com
E-mail:   VMMartin@4MartinsAtLaw.com