**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**DANA CRISWELL**                                                                             **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:20-cv-294-DPJ-FKB**

**CHOKWE ANTAR LUMUMBA, in his
official capacity of Mayor of Jackson, Mississippi,
and CITY OF JACKSON, MISSISSIPPI**                          **DEFENDANTS**

---

**THE CITY COUNCIL OF JACKSON, MISSISSIPPI'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**

---

COMES NOW, The City Council of Jackson, Mississippi ("CCJ"), by and through its Independent Counsel, Deshun T. Martin, Esq., and Vaterria M. Martin, Esq., files its *Response in Opposition to Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction*, in support thereof, would show unto the Court the following, to-wit:

1. This case arises due to Chokwe Antar Lumumba's, in his official capacity as Mayor of Jackson, Mississippi ("the mayor"), issuance of an Executive Order abridging fundamental gun rights of Mississippians.

2. On or about April 24, 2020, the mayor signed and issued Mayor's Executive Order Suspending the Open Carry Law of the State of Mississippi ("the order") which contained language suspending the open carry of firearms during the COVID-19 pandemic.

3. The order indicated that it "shall be effective immediately and remain in full force and effect through Thursday, April 30, 2020."

4. On April 29, 2020, Plaintiff filed a *Motion for Temporary Restraining Order or Preliminary Injunction* requesting this court to enjoin the mayor, the City of Jackson, Mississippi, and agents thereof from enforcing and applying the order.

5. As the order expired on April 30, 2020, was not extended, is void, and there is no longer a possible threat of irreparable harm or injury, Plaintiff's motion is moot.

6. Consequently, Plaintiff's motion should be denied so long as the Mayor never again signed and issue another Executive Order that Suspending the Open Carry Law of the State of Mississippi.

7. The City Council of Jackson, Mississippi fundamentally understands that during the time of a health pandemic, this is an awful slippery slope.  And that the suspension of this right could lead to the suspension of other precious rights of the citizenry of Jackson.

**WHEREFORE, PREMISES CONSIDERED** the City Council of Jackson, Mississippi prays that this Honorable Court will deny *Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction* as the motion is moot. The City Council of Jackson, Mississippi also prays for all other general relief this Court deems to be fair and just.

Respectfully submitted, this the 5th day of May, 2020.

**THE CITY COUNCIL OF JACKSON, MISSISSIPPI**

/s/ Deshun T. Martin_____
DESHUN T. MARTIN, MSB #101526

/s/ Vaterria M. Martin_____
VATERRIA M. MARTIN, MSB# 101235

OF COUNSEL:

DESHUN T. MARTIN, MSB# 101526
VATERRIA M. MARTIN, MSB# 101235
MARTIN AND MARTIN, P.A.

Attorneys & Counselors
228 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 355-0955
Facsimile: (601) 355-0957
E-mail:  DTMartin@4MartinsAtLaw.com
E-mail:  VMMartin@4MartinsAtLaw.com
**ATTORNEYS FOR THE
CITY COUNCIL OF JACKSON, MISSISSIPPI**

## **CERTIFICATE OF SERVICE**

We, Deshun T. Martin, Esq. and Vaterria M. Martin, Esq., do hereby certify that we have this day electronically filed the foregoing document with the Clerk of the Court utilizing the ECF system, which sent notification of such filing to the following counsel of record:

**Aaron R. Rice, Esq.**
**Aaron.rice@msjustice.org**

**D. Sterling Kidd, Esq.**
**skidd@bakerdonelson.com**

**ATTORNEYS FOR PLAINTIFF**

This the 5th day of May, 2020.

/s/ Deshun T. Martin_____
DESHUN T. MARTIN, MSB #101526

/s/ Vaterria M. Martin_____
VATERRIA M. MARTIN, MSB# 101235

OF COUNSEL:

DESHUN T. MARTIN, MSB# 101526
VATERRIA M. MARTIN, MSB# 101235
MARTIN AND MARTIN, P.A.
Attorneys & Counselors
228 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 355-0955
Facsimile: (601) 355-0957
E-mail:  DTMartin@4MartinsAtLaw.com
E-mail:  VMMartin@4MartinsAtLaw.com
**ATTORNEYS FOR THE**
**CITY COUNCIL OF JACKSON, MISSISSIPPI**